In the Matter of the Application of J. Orin Duffney for a Certiorari Order against Thomas J. Finigan, as Mayor of the City of Mechanicville, and Others, as Constituting the Council of the City of Mechanicville.— Determination unanimously confirmed.

In the Matter of the Application and Petition of the Board of Water Supply of the City of New York, to Acquire Real Estate for and on Behalf of the City of New York, under Chapter 724 of the Laws of 1905, and the Acts Amendatory Thereof and Supplemental Thereto. New York Power and Light Corporation, Appellant, Respondent; The City of New York, Respondent, Appellant.* ■ Order modified so as to allow $2,000 counsel fees and $15,207.48, expenses and disbursements, as recommended by the commissioners of appraisal, and as so modified affirmed, without costs. All concur, except Hill, J., who concurs in the modification as to counsel fees, expenses and disbursements, and dissents to the affirmance of the order, and votes to modify by fixing the price per kilowatt hour at four and twenty-nine one-hundredths mills, such being the price paid by the claimant to the State of New York for the power obtained at Crescent dam; with this modification the award to the claimant should be $159,500, for which amount he votes. McNamee, J., not sitting.

Margaret E. Hevener, Respondent, v. Wellington D. Becker, Appellant. — Order unanimously affirmed, with ten dollars costs and disbursements. As to burden of proof, see Boxberger v. N. Y., N. H. & H. R. R. Co. (237 N. Y. 75); Susquehanna S. S. Co. v. Andersen & Co. (239 id. 285).

Harvey D. Kimmey, Respondent, v. H. J. Brandeles Corporation, Appellant. — Judgment unanimously affirmed, with costs.

John E. MacLean, as Executor, etc., of Margaret Churchill, Deceased, Respondent, v. Alden Hart, Appellant.— Judgment reversed on the law and the facts, and judgment rendered in accordance with the opinion of Van Kirk, P. J. (which opinion is not to be published because not of general interest), with costs in this court and in the court below. Findings and order to be settled before Van Kirk, P. J. The court reverses findings of fact in the decision as follows: 6, 22, 35, 36, 37, 40 to 56 inclusive; also such findings of fact as are included in the conclusions of law. All concur, except McNamee, J., who dissents with a memorandum in which Rhodes, J., concurs (which memorandum is not to be published because not of general interest). [141 Misc. 222.]

Domenico Demilio, Respondent, v. Kaufman Clieman and Joseph Cohen, Appellants.— Judgment and order unanimously affirmed, with costs.

The People of the State of New York ex rel. Michael J. Hanley, Relator, Respondent, v. Edward J. Kelleher, Mayor, and Others, Constituting the Board of Trustees of the Village of Fort Edward, N. Y., and Another, Respondents, Appellants.— Order unanimously affirmed, with ten dollars costs and disbursements.